**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MAURICE STANSBERRY**                                               **PLAINTIFF**

**V.**                      **NO. 4:20-CV-82-DMB-JMV**

**ERIC BILBRO and REGINA
CROCKETT**                                                **DEFENDANTS**

## **ORDER**

On October 21, 2021, the parties appeared before United States Magistrate Judge Jane M. Virden for a final pretrial/settlement conference. Doc. #76. The civil minutes from the conference reflect that this case settled. *Id.* In light of the settlement, all pending motions [49][51][72] are **DENIED without prejudice as moot**.

**SO ORDERED**, this 22nd day of October, 2021.

                                                       **/s/Debra M. Brown**
                                                       **UNITED STATES DISTRICT JUDGE**